UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SPRIE TIM WILLIAMS,<br><br>          Plaintiff(s),<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>          Defendant(s). | Case No. 2:14-cv-01551-JCM-NJK<br><br>ORDER |

On March 26, 2015, the Court ordered that a joint interim status report was due no later than July 23, 2015, and that the joint proposed pretrial order was due no later than November 23, 2015. Docket No. 16. The parties have failed to comply with those deadlines. Accordingly, the parties are hereby ORDERED to file, no later than March 4, 2016, both a joint proposed pretrial order and a joint interim status report. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED FOR FAILURE TO PROSECUTE.**

IT IS SO ORDERED.

DATED: February 25, 2016

_____
Nancy J. Koppe
United States Magistrate Judge